UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| QUINN ALEXANDER MAREZ,<br><br>Petitioner,<br><br>v.<br><br>GUILLERMO VIERA ROSA,<br><br>Respondent. | No. CV 16-02762-DMG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, Respondent's motion to dismiss, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed any written objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that: (1) Respondent's motion to dismiss is denied; (2) Petitioner's motion for appointment of counsel is denied; and (3) Respondent is ordered to file an Answer to the Petition within forty-five (45) days.

DATED: September 25, 2017

_____
DOLLY M. GEE
United States District Judge